In The U.S. District Court of Montana for Lewis+Clark County; Helena

| | |
|---|---|
| Wayne A. Hussar II <br> -vs- <br> (Billings) <br> P.+P.; Chief of Staff <br> P.+P.; Lea Wenhog <br> (Deerlodge) <br> B.O.P.P.: Brad Newman <br> Ect. Al. | Case #: <br> (To be filed in by Clerk of The Court) <br> **Brief:** Plaintiffs; "Argument On - The (4TH) Amendment" + "Proof Beyond The Defendants (Reasonable-Dougt)... All On "Illegal-Probable Cause" Without (Any) "Proof Evidence of Dockumantation".. |

This, Plaintiff; comes On (His) "<u>Brief-Argument</u>" On The Following "<u>Factual-Evidence</u>"... (<u>Court-Laws</u>)

① <u>Case#</u>: (<u>23-2067</u>) + (<u>24-4521</u>) in The 9TH Circiut Court of Appeals; Has Plaintiffs (<u>Factual-Evidence</u>) of;

A) (<u>False</u>: Obsconding Sober Living House) Plaintiff- Was "Illegally- Kicked-Out" by (<u>Owner</u>) (<u>Richard Todd</u>) for "Working + Can't Leave" To Attend "Sunday House Meeting" As A "Head House Keeper"... (<u>Richard Todd</u>) said; "Pack your shit + Get The fuck off of my Property"; On January 1st "2021"...
"Howard Johnsons", (Owner) (Iffy) said; "You just can't Leave work when you want to + come back, if you leave, <u>Don't</u> come back To Work Here"...

B) (<u>False</u>: Obsconding To Florida) "Defendant" (Lea Wenhog) Told (Brad Newman); Plaintiff (Obsconded-Montana) To "Florida"; To be with "family" And To Travil With "family" Back To Montana... <u>But</u>: Plaintiffs; (Income-Tax-Return) shows; Plaintiff has worked for Howard Johnsons, Motel-6, Pizza-Hut, Rhode Way Inn, At Time of This (<u>False- Obsconding To Florida</u>) ...

C) (False: Absconding Interstate Compact in Helena)

"Proof", shows Plaintiff was "Paroled" To Billings-Sober Living House in Sept. "2020"; And When This (B.O.P.P.) "Saposse-of Warrent" (Plaintiff Never Recieved "Demanded" Copy of); Plaintiff, was Working As "Head housekeeper" AT Howard Johnsons. -And- This "Illegal-Warrent" was On (ConWeb)!

D) Now; Plaintiff, is "Fully-Arguing"; About his 9TH - Violation of; (False: Absconding Supervision) ..... Because, The (Billings: P.+P. Dept.) was (Closed) -And- (NO-Parole) Officers were (Working); Due, To The "Covid-Virus"!

Plaintiff + Wife + (2) General-Managers + Hotel-Owners; Left (Hundreds) of Voice-Recorded Info. On Plaintiffs, Job + Housing And- General-Manager + Hotel-Ower (Said)" (NO) - Parole-Officer (Ever) came To The Hotel Were Plaintiff was Working -And- Were Plaintiff was Living -And- Ask for (Wayne Hussar) .....

* This is "Plaintiffs - Presumtion of 100% Innocece"... This Plaintiff "Needs" (Not) To Produce "Any Proof Evidence" -OR- Prove "Any Facts"; Because, its (All) Done in The 9TH Circuit Court!

* (Probable-Cause) is "Montanas (Common-Law) A "Term" That means "Judge" - made Law; -And- is currently "Out-of-Favor".. (This was Established in (case: Marbung-v-Madison)

* (And A "Washing D.C. Federal Court Ruled; "(No-One) can be Convicted of "Probable Cause" (Without) "Any" Proof-Dockumanta-Tion, Because, "Its 100% Unconstitutional + 100% Illegal" .....

\* Unconstitutional-Violations-Done \*

E) B.O.P.P. + P.&P.; (Guilty) of "Braking-Plaintiffs"

(Fourth-Amendment)
This Amendment; "Fully-Prevents" (Any) state-official Like; Law inforcement, Probation + Parole Officers, Public-Defenders, County Attorney, Board of Pardons + Parole from (Fishing) for "Evidence" based on "There" mere "Suspicion of Probable-Cause"...
(NO-Proof-Evidence) is "found", As this Result of this "Defendants-Unconstitutional-Action"; by these State-Employees, -And- (ALL) "4"-Absconding-Violations (must) be "Fully-Excluded" -And- "Dismissed" !!! xxx ooo

\* (This (ALL) "falls-Under"; Protection Agianst "Improper-Collection" of "False: Evidence" of a crime;

\* (On Plaintiffs; "Proof-Beyond A Reasonable Dougt)

\* Plaintiffs, "Highest", Level of "Proof-Evidence" fully-Required by Law ooo

\* Plaintiffs; claims is, there is a "Legal-Reson" for Plaintiffs claim -And- is 100% proper is called; "Affimative-Defense" !

X Wayne A. Husser II    Dated: 10-10-24

X Sandra K. Husser    Date: 09/22/24
\* Wife + Witness \*